IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCOTT FRANKLIN, JR., derivatively on behalf of SEALED AIR CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 20-53-RGA |
| EDWARD L. DOHENY, et al, | : : | |
| Defendants. | : | |

**ORDER**

This **23rd** day of June 2022, upon consideration of the Magistrate Judge's Report and Recommendation dated June 8, 2022 (D.I. 43), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 43) is **ADOPTED**.

2. Defendants' motion to dismiss (D.I. 23) and Nominal Defendant's joinder (D.I. 25) are **GRANTED**.

/s/ Richard G. Andrews
United States District Judge